Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24−10726−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gladys Montalvo
   331 Gordons Corner Road
   Manalapan, NJ 07726

Social Security No.:
   xxx−xx−5589

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 3/13/24 at 09:00 AM

to consider and act upon the following:

*12* − Motion re: Motion toAllow Power of Attorney to Appear on behalf of Debtor Filed by Mark S Cherry on behalf of Gladys Montalvo. Hearing scheduled for 2/28/2024 at 09:00 AM at MBK − Courtroom 8, Trenton. (Cherry, Mark)

Dated: 2/13/24

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court