Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  24−10726−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gladys Montalvo
   331 Gordons Corner Road
   Manalapan, NJ 07726

Social Security No.:
   xxx−xx−5589

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:          4/10/24
Time:          10:00 AM
Location:      Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: February 13, 2024
JAN: mmf

                                          Jeanne Naughton
                                          Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re: Case No. 24-10726-MBK

Gladys Montalvo Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 2
Date Rcvd: Feb 13, 2024 Form ID: 132 Total Noticed: 9

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gladys Montalvo, 331 Gordons Corner Road, Manalapan, NJ 07726-3102 |
| 520161459 | | STERN EISENBERG, 1040 N. KINGS HIGHSUITE 407, CHERRY HILL, NJ 08034 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 13 2024 21:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 13 2024 21:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520151234 | + | Email/Text: RASEBN@raslg.com | Feb 13 2024 21:02:00 | Deutsche Bank Trust Company Americas, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 520161455 | ^ | MEBN | Feb 13 2024 20:58:57 | KML LAW GROUP, PC, 701 MARKET STTREET, SUITE 5000, PHILADELPHIA, PA 19106-1541 |
| 520161456 | | Email/Text: BKEBN-Notifications@ocwen.com | Feb 13 2024 21:02:00 | OCWEN LOAN SERVICING, LLC, ATTN: BANKRUPTCY, 1661 WORTHINGTON RD, STE 100, WEST PALM BEACH, FL 33409-6493 |
| 520161457 | | Email/Text: BKEBN-Notifications@ocwen.com | Feb 13 2024 21:02:00 | OCWEN LOAN SERVICING, LLC/DEUTSCH BANK, 1 MORTGAGE WAY, MOUNT LAUREL, NJ 08054-4637 |
| 520144852 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 13 2024 21:02:00 | PNC BANK, 2730 LIBERTY AVENUE, PITTSBURGH, PA 15222 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520144851 | | CHERRY HILL, NJ 08034-1925 |
| 520144850 | | DEUTSCHE BANK NATIONAL TRUST COMPANY, ATTN: STERN & EISENBERG, PC 1040 KINGS H |
| cr | *+ | Deutsche Bank Trust Company Americas, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 520161458 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK, 2730 LIBERTY AVENUE, PITTSBURGH, PA 15222 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 13, 2024 | Form ID: 132 | Total Noticed: 9 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2024         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor Deutsche Bank Trust Company Americas ajennings@raslg.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Mark S Cherry | on behalf of Debtor Gladys Montalvo mc@markcherrylaw.com dot@markcherrylaw.com;bankruptcy@markcherrylaw.com;g9657@notify.cincompass.com;cherry.markb123326@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5