| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Mark S. Cherry, Esquire<br>Mark S. Cherry Law<br>385 Kings Highway, North<br>Cherry Hill, NJ 08034<br>856-667-1234 | |
| In Re:<br>Gladys Montalvo, Nancy Testalova, POA | Case No.: 24-10726<br>Chapter: 13<br>Hearing Date: July 1, 2024<br>Judge: Michael B. Kaplan |

# ORDER
**Motion to Allow Power of Attorney Nancy Testalova to appear for Debtor**

The relief set forth on the following pages, numbered two (2) through ____2____, is **ORDERED**.

This matter having been presented to the court by Nancy Testalova, POA on behalf of Debtor, Gladys Montalvo and the Court having reviewed the Motion and any opposition filed, and for good cause shown it is

**ORDERED** that:

The Motion to Allow Power of Attorney as of the date of this order be granted

**IT IS FURTHER ORDERED** that within 3 days of the date of this Order, the debtor must serve all creditors and parties in interest with a copy of this Order and immediately thereafter file Local Form *Certificate of Service.*