---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Mark S. Cherry, Esquire
Mark S. Cherry Law
385 Kings Highway, North
Cherry Hill, NJ 08034
856-667-1234

Order Filed on July 1, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Gladys Montalvo, Nancy Testalova, POA

Case No.: 24-10726
Chapter: 13
Hearing Date: July 1, 2024
Judge: Michael B. Kaplan

## ORDER
### Motion to Allow Power of Attorney Nancy Testalova to appear for Debtor

The relief set forth on the following pages, numbered two (2) through __2__, is **ORDERED**.

**DATED: July 1, 2024**

_Honorable Michael B. Kaplan_
United States Bankruptcy Judge

This matter having been presented to the court by Nancy Testalova, POA on behalf of Debtor, Gladys Montalvo and the Court having reviewed the Motion and any opposition filed, and for good cause shown it is

**ORDERED** that:

The Motion to Allow Power of Attorney as of the date of this order be granted

**IT IS FURTHER ORDERED** that within 3 days of the date of this Order, the debtor must serve all creditors and parties in interest with a copy of this Order and immediately thereafter file Local Form *Certificate of Service.*