UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Mark S. Cherry, Esquire
Mark S. Cherry Law
385 Kings Highway, North
Cherry Hill, NJ 08034
856-667-1234

Order Filed on July 1, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Gladys Montalvo, Nancy Testalova, POA

Case No.: 24-10726

Chapter: 13

Hearing Date: July 1, 2024

Judge: Michael B. Kaplan

## ORDER
### Motion to Allow Power of Attorney Nancy Testalova to appear for Debtor

The relief set forth on the following pages, numbered two (2) through ___2___, is **ORDERED**.

DATED: July 1, 2024

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having been presented to the court by Nancy Testalova, POA on behalf of Debtor, Gladys Montalvo and the Court having reviewed the Motion and any opposition filed, and for good cause shown it is

**ORDERED** that:

The Motion to Allow Power of Attorney as of the date of this order be granted

**IT IS FURTHER ORDERED** that within 3 days of the date of this Order, the debtor must serve all creditors and parties in interest with a copy of this Order and immediately thereafter file Local Form *Certificate of Service.*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-10726-MBK |
| Gladys Montalvo | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 01, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gladys Montalvo, 331 Gordons Corner Road, Manalapan, NJ 07726-3102 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jul 03, 2024 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor Deutsche Bank Trust Company Americas as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-QS6 ajennings@hillwallack.com |
| Aleisha Candace Jennings | on behalf of Creditor Deutsche Bank Trust Company Americas ajennings@hillwallack.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Mark S Cherry | on behalf of Trustee Albert Russo mc@markcherrylaw.com dot@markcherrylaw.com;bankruptcy@markcherrylaw.com;g9657@notify.cincompass.com;cherry.markb123326@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 01, 2024 | Form ID: pdf903 | Total Noticed: 1 |

Mark S Cherry
on behalf of Debtor Gladys Montalvo mc@markcherrylaw.com dot@markcherrylaw.com;bankruptcy@markcherrylaw.com;g9657@notify.cincompass.com;cherry.markb123326@notify.bestcase.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7